No. 93–2041.  CARNEY v. DEPARTMENT OF JUSTICE.  C. A. 2d Cir.  Certiorari denied.

No. 93–2043.  MCDONOUGH v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 93–2044.  SHAW v. MASTERS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–2045.  JAMES CITY COUNTY, VIRGINIA v. ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–2046.  PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO. v. SHORES, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHNSON.  Ct. App. S. C.  Certiorari denied.

No. 93–2047.  GUTHRIE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–2048.  HENDERSON ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 93–2049.  WRENN v. VANDERBILT UNIVERSITY HOSPITAL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–2050.  SOCIETE D'ANALYSES ET D'ETUDES BRETONNEAU v. RESOLUTION TRUST CORPORATION, AS CONSERVATOR FOR LINCOLN SAVINGS & LOAN, F. A.  C. A. 9th Cir.  Certiorari denied.

No. 93–2051.  ANDERSON v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–2054.  BLACKBURN v. TUDOR.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–2055.  SATELLITE BROADCASTING & COMMUNICATIONS ASSOCIATION OF AMERICA ET AL. v. RINGER, ACTING REGISTRAR OF COPYRIGHTS, ET AL.  C. A. 11th Cir.  Certiorari denied.